UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LITIGATION LAWYERS, PROFESSIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | No. 4:24-CV-00793-SRC |
| CHRISTOPHER HARBISON, et al., | ) ) ) | |
| Defendant(s). | ) | |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☑ An ADR conference was held on: June 24, 2026.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on June 24, 2026.
The parties  [☐ did  ☑ did not]  achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date:  July 21, 2026    Neutral:  __/s/ Peter J. Dunne_____

DUNNE, PETER J.
Signature