**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**(Eastern Division)**

| | | |
|---|---|---|
| LITIGATION LAWYERS, PROFESSIONAL ASSOCIATION, | § | |
| | § | |
| Plaintiff/Counterclaim Defendant, | § | No. 4:24-cv-00793-SRC |
| | § | |
| vs. | § | |
| | § | |
| CHRISTERPHOR HARBISON, et al., | § | |
| | § | |
| Defendants/Counterclaim Plaintiffs. | § | |
| | § | |

**JOINT STIPULATION**

The Parties hereby jointly stipulate that LLPA's July 9, 2026 Motion to Strike or Exclude the Opinions of Henry F. Luepke, III (Doc. 195, 196), and the Parties' subsequent briefing thereon (Doc. 214, 220), which pertain to the Mr. Luepke's Expert Report, disclosed to LLPA on January 5, 2026, shall relate forward and apply to Mr. Luepke's July 24, 2026 Affidavit and attachment (Doc. 219-1, 219-2), which was filed on July 30, 2026 in support of the Harbisons' Opposition to LLPA's Motion for Partial Summary Judgment (Doc. 217).

Respectfully Submitted,

The Cook Group, PLLC

*/s/ Brian M. Wacker*
Gene J. Brockland, #32770
Brian M. Wacker, #61913
701 Market Street, Suite 1225
St. Louis, MO 63101
Ph: (314) 882-9869
gbrockland@cookgrouplegal.com
bwacker@cookgrouplegal.com

ATTORNEYS FOR LITIGATION LAWYERS, PROFESSIONAL ASSOCIATION

Summers Compton Wells LLC

*/s/ Diane E.H. Klocke (by consent)*
James G. Nowogrocki, #38559
Diane E.H. Klocke, #61670
903 S. Lindbergh Blvd., Suite 200
St. Louis, Missouri 63131
Ph: (314) 991-4999
jnowogrocki@summerscomptonwells.com
dklocke@summerscomptonwells.com

ATTORNEYS FOR CHRISTERPHOR HARBISON & REGINA HARBISON

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of August, 2026, the foregoing was filed electronically, to be served by operation of the Court's CM/ECF filing system upon all parties of record.

*/s/ Brian M. Wacker*

**CERTIFICATION OF COUNSEL**

Pursuant to the Court's July 26, 2024 Order (Doc. 77) in this matter, the undersigned, as co-lead counsel for Plaintiff Litigation Lawyers, Professional Association, hereby certifies that, in writing, that he has reviewed and approved this filing with the Court.

*/s/ Brian M. Wacker*